

# The Attorney General of Texas

December 22, 1982    See 6-88-58

**MARK WHITE**
Attorney General

Supreme Court Building
P. O. Box 12548
Austin, TX. 78711- 2548
512/475-2501
Telex 910/874-1367
Telecopier 512/475-0266

1607 Main St., Suite 1400
Dallas, TX. 75201-4709
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905-2793
915/533-3484

1220 Dallas Ave., Suite 202
Houston, TX. 77002-6986
713/650-0666

806 Broadway, Suite 312
Lubbock, TX. 79401-3479
806/747-5238

4309 N. Tenth, Suite B
McAllen, TX. 78501-1685
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205-2797
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Mr. Steve Haley
General Counsel
Texas Department of Agriculture
P. O. Box 12847
Austin, Texas    78711

Opinion No. MW-528

Re:  Applicability of Hotel
Occupancy  Tax  imposed  by
chapter 156 of the Tax Code
to state employees traveling
on state business

Dear Mr. Haley:

You have requested our opinion on the following question relating to the Hotel Occupancy Tax:

> Is a state official or state employee traveling at state expense on the official business of a state agency exempt from the payment of the Hotel Occupancy Tax imposed by chapter 156 of the Texas Tax Code?

Our answer is that no such exemption exists.  In Attorney General Opinion WW-738 (1959) this office held that the Hotel Occupancy Tax applies to officers and employees of the Federal Reserve Bank while traveling on official business of the bank.

The tax is imposed upon the person who contracts for the space to be used.  Tax Code §156.051.  The exceptions to the tax apply only to permanent residents and religious, charitable, or educational organizations.  Tax Code §§156.101-.102.  Under these code provisions neither a state agency nor an employee of a state agency is exempt. There is no constitutional prohibition against the legislature levying an excise tax to be paid by the state and its agencies.  Attorney General Opinion WW-1502 (1962) determined that motor fuel purchased by the state for use of the Texas National Guard while on active state duty under command of the governor of Texas would be subject to the motor fuel excise tax imposed by chapter 9 of Title 122A, Taxation-General.

We therefore conclude that there is no exemption from the Hotel Occupancy Tax accorded to an official of a state agency or employee of a state agency contracting for space.

S U M M A R Y

The Hotel Occupancy Tax applies to a state official or state employee traveling at state expense on the official business of a state agency.

Very truly yours,

M A R K    W H I T E
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

RICHARD E. GRAY III
Executive Assistant Attorney General

Prepared by Bill Kimbrough
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Susan L. Garrison, Chairman
Jon Bible
Rick Gilpin
Patricia Hinojosa
Bill Kimbrough
Jim Moellinger
Bruce Youngblood